# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>O.B.R., INC., *et al.*<br><br>Defendants. | Case No.: 2:19-cv-02049-PSG-KS<br>*Hon. Philip S Gutierrez Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: January 2, 2020          By: _____
                                HON. PHILIP S GUTIERREZ
                                UNITED STATES DISTRICT JUDGE